UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANK OF NEW YORK MELLON,<br>　　　　Plaintiff,<br><br>　　v.<br><br>HOLLI N. HARRELL,<br>　　　　Defendant. | Case No. 17-cv-02062-PJH<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND ORDER REMANDING CASE**<br><br>Re: Dkt. No. 6 |

The court has reviewed Magistrate Judge Westmore's Report and Recommendation to Remand. See Dkt. 6. No objections to the report and recommendation have been filed.

The court finds the report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, the court hereby ORDERS the Clerk to REMAND the case back to the Superior Court of California, Alameda County, and to close the case on this court's docket.

**IT IS SO ORDERED.**

Dated: May 11, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge